BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a nonprofit organization,<br>　　　　　Plaintiff,<br>　　v.<br>UNITED STATES FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE,<br>　　　　　Defendants | CASE NO.  13-cv-01922-TLN-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　Plaintiff served its Complaint in this matter on September 26, 2013.  Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading is due on November 25, 2013.  The parties have been engaged in settlement communications and hope to resolve the matter on agreeable terms.  Therefore, Plaintiff and Defendants, by and through their respective counsel, and pursuant to Local Rule 144(a), hereby stipulate and agree that Defendants shall have an extension of 45 days, up to and including January 9, 2014, within which to respond to Plaintiff's Complaint [Dkt. No. 1].

Respectfully submitted,

DATED:  November 22, 2013

　　　　　　　　　　　　　　　　　　　　　　　By　　*/s/ Sean Malone*
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Gregory T. Broderick*
　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY T. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**　　　　　　　　　　　1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

**IT IS SO ORDERED**.

Dated: November 22, 2013

_____
Troy L. Nunley
United States District Judge