BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a nonprofit organization,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>            Defendants | CASE NO.  13-cv-01922-TLN-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT.** |

Plaintiff served its Complaint in this matter on September 26, 2013, making Defendants' answer due on November 25, 2013.  See Fed. R. Civ. P. 4(i).  Pursuant to the Court's standard initial order in newly-filed cases (Dkt. No. 5), the parties were also required to file a Joint Status Report on November 25, 2013.  The parties entered a stipulation extending these dates to January 9, 2014, which this Court approved on November 22, 2013.  (Dkt. No. 14).  On January 9, 2014, Defendants filed a motion to dismiss Plaintiff's complaint in its entirety.  In view of the pending dispositive motion, the parties agree that suggesting a schedule is impractical at this time and that it would be more efficient for the parties and the Court to delay the filing of a joint status report.  In addition, this case involves a challenge to action by an administrative agency, and thus will be determined by briefing on a fixed administrative record.  Therefore, there will not be discovery, and it is extremely likely that the case will be resolved on briefing and/or by cross-motions for summary judgment.

Therefore, the parties respectfully request that they be excused from filing a joint status report at this time, and that they instead file a joint status report only if the Court denies the pending dispositive

**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT**                                                                                  1

motion in whole or in part.  If such motion is denied in whole or in part, the parties will provide a joint status report with a proposed briefing schedule within 14 days of this Court's final order on the pending motion.

Respectfully submitted,

DATED:  January 9, 2014

By      */s/ Sean Malone*
        Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Gregory T. Broderick*
        GREGORY T. BRODERICK
        Assistant United States Attorney

**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT**                                       2

## **PROPOSED ORDER**

**IT IS SO ORDERED**.

Dated: January 10, 2014

_____
Troy L. Nunley
United States District Judge