Rachel Fazio (CA Bar # 187580)
PO Box 897
Big Bear, CA 92314
Tel: (530) 273-9290
Fax: (530) 273-9260
rachelmfazio@gmail.com

Sean Malone (OR Bar # 084060) (*admitted pro hac vice*)
259 E.5th Ave, Ste200-G
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Elisabeth A. Holmes (OR Bar # 120254) (*admitted pro hac vice*)
Blue River Law, P.C.
P.O. Box 293
Eugene, OR 97440
Tel: (541) 870-7722
eli.blueriverlaw@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a nonprofit organization,<br>　　　　Plaintiff,<br>　v.<br>UNITED STATES FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE,<br>　　　　Defendants | CASE NO. 13-cv-01922-TLN-CMK<br><br>**STIPULATION TO RESET ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS, PROPOSED BRIEFING SCHEDULE, AND ORDER** |

**STIPULATION TO RESET ORAL ARGUMENT, PROPOSED BRIEIFING SCHEDULE AND ORDER**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

The parties have conferred and stipulate that oral argument on Defendants' Motion to Dismiss should be reset from the current date of February 13, 2014, to February 27, 2014. The parties have agreed to reset the oral argument date because of miscommunication between the parties regarding the availability of counsel for Plaintiff during the current hearing date of February 13, 2014. Counsel for Plaintiff has a previously scheduled family vacation during the current date of February 13, 2014. Counsel for Defendants has a deposition on February 27, 2014, at 10:00 a.m., but will be able to adjust the deposition schedule if this stipulation is granted. The parties respectfully request that they be placed first on the Court's argument calendar to accommodate this scheduling constraint.

The parties have also conferred and stipulate to the following briefing schedule on Defendants' Motion to Dismiss:

| | |
|---|---|
| Plaintiff files a response in opposition to Defendants' Motion to Dismiss | February 10, 2014 |
| Defendants file a reply in support of Defendants' Motion to Dismiss | February 20, 2014 |

Respectfully submitted,

DATED: January 22, 2014

By     */s/ Sean Malone*
       Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Gregory T. Broderick*
       GREGORY T. BRODERICK
       Assistant United States Attorney

**STIPULATION TO RESET ORAL ARGUMENT, PROPOSED BRIEIFING SCHEDULE AND ORDER**     2

## ORDER

**IT IS SO ORDERED**.

Dated: January 23, 2014

_____
Troy L. Nunley
United States District Judge

STIPULATION TO RESET ORAL ARGUMENT, PROPOSED BRIEIFING SCHEDULE
AND ORDER