BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a nonprofit organization,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE;<br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>   Defendants | CASE NO.  13-cv-01922-TLN-CMK<br><br>**JOINT STIPULATED MOTION AND ORDER TO CONTINUE PRETRIAL DATES** |

Plaintiff challenges the Bagley Hazard Tree Abatement project in the Shasta-Trinity National Forest.  The challenged decision was adopted on August 29, 2013, Plaintiff served its Complaint on September 26, 2013, and the United States filed a motion to dismiss on January 9, 2014.  (See Dkt. Nos. 1 & 15.  The Court denied the United States' motion to dismiss on November 19, 2014, and set a briefing schedule on December 10, 2014, after receiving input from the parties.  (*See* Dkt. Nos. 25-27). The administrative record is currently due by February 2, 2015, and Plaintiff's opening brief is due March 3, 2015.

Since the Court set the briefing schedule, the parties have identified a significant opportunity for resolution, and wish to pursue it.  Given the pending litigation deadlines and the process required for consummation of any potential settlement, however, it is not realistic to pursue litigation and resolution simultaneously.  Therefore, the parties stipulate and jointly request a 120-day continuation of all dates so that they may pursue resolution without further burden on this Court.  The parties thus propose the

following schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Administrative Record Lodged | February 2, 2015 | June 1, 2015 |
| Objections to Administrative Record | February 23, 2015 | June 22, 2015 |
| Plaintiff's Motion | March 3, 2015 | June 29, 2015 |
| Defendants' Opposition and Cross-motion | April 3, 2015 | July 31, 2015 |
| Plaintiff's Combined Opposition and Repl | April 17, 2015 | August 14, 2015 |
| Defendants' Reply | May 1, 2015 | August 31, 2015 |

Respectfully submitted,

DATED:  January 26, 2015

By        /s/ Sean Malone
          Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:       /s/ Gregory T. Broderick
          GREGORY T. BRODERICK
          Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROPOSED ORDER

**IT IS SO ORDERED**.

Dated:  January 30, 2015

_____
Troy L. Nunley
United States District Judge