BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a nonprofit organization,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>            Defendants. | CASE NO.  2:13-cv-01922-TLN-CMK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR LODGING ADMINISTRATIVE RECORD** |

Plaintiff challenges the Bagley Hazard Tree Abatement project in the Shasta-Trinity National Forest.  Pursuant to this Court's prior order, entered upon stipulation of the parties, the administrative record in the matter is due June 1, 2015.  (Dkt. No. 29).  Because the parties are currently discussing resolution, and because counsel for the United States begins a trial on Tuesday, June 2, 2015 (Case No. 2:13-01699-GEB-KJN), the parties hereby stipulate to an extension up to and including June 8, 2015, for lodging the certified record.

Respectfully submitted,

DATED: June 1, 2015

By:   */s/ Sean Malone*  (auth 6/1/15)
         Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Gregory T. Broderick*
         GREGORY T. BRODERICK
         Assistant United States Attorney

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR LODGING RECORD**                     1

1  **ORDER**

2  **IT IS SO ORDERED**.

3

4  Dated:  June 2, 2015

5

6  _____
   Troy L. Nunley
7  United States District Judge