Rachel Fazio (CA Bar # 187580)
PO Box 697
Cedar Ridge, CA 95924
Tel:  (530) 273-9290
Fax:  (530) 273-9260
rachelmfazio@gmail.com

Sean Malone (OR Bar # 084060) *(Pro Hac Vice)*
259 E.5th Ave, Ste200-G
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Elisabeth Holmes (OR Bar # 120254) *(Pro Hac Vice)*
Blue River Law, P.C.
P.O. Box 293
Eugene, OR  97440
Tel. (541) 870-7722
eli.blueriverlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE,<br>    Defendants. | Case No.: 13-cv-01922-TLN-CMK<br><br>**STIPULATION & ORDER TO CONTINUE CASE DEADLINES BY 90 DAYS** |

**STIPULATION &  ORDER FOR 90 DAY CONTINUANCE -**          1

This is an Administrative Procedure Act case challenging the Forest Service's approval of the Bagley Hazard Tree Abatement Project.  On January 28, 2015 the Court approved the parties' proposed briefing schedule.  (See ECF No. 28).  The Defendants filed the Administrative Record on June 8, 2015.  (See ECF No. 31).  Since June 8, 2015, the parties scheduled a July 30, 2015, meeting to explore settlement opportunities.

The parties respectfully request that this Court continue all dates in this matter by approximately ninety (90) days so as to allow the parties the opportunity to focus on resolution rather than litigating.  Therefore, the parties stipulate to, and propose the following briefing schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Objections to Administrative Record | June 22, 2015 | September 28, 2015 |
| Plaintiff's Motion | June 29, 2015 | October 5, 2015 |
| Defendants' Opposition and Cross-motion | July 31, 2015 | November 4, 2015 |
| Plaintiff's Combined Opposition and Reply | August 14, 2015 | November 18, 2015 |
| Defendants' Reply | August 31, 2015 | December 2, 2015 |

Respectfully submitted,

June 24, 2015

/s/ Rachel Fazio
RACHEL FAZIO
Attorney for Plaintiff

/s/ Sean T. Malone
SEAN T. MALONE
Attorney for Plaintiff

/s/ Elisabeth A. Holmes
ELISABETH A. HOLMES
Attorney for Plaintiff

DATED: June 24, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Gregory T. Broderick
GREGORY T. BRODERICK
Assistant United States Attorney

STIPULATION &  ORDER FOR 90 DAY CONTINUANCE -     2

Good cause appearing, IT IS SO ORDERED

Dated: July 6, 2015

_____
Troy L. Nunley
United States District Judge