BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a nonprofit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants | CASE NO.  13-cv-01922-TLN-CMK<br><br>**JOINT STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE PRETRIAL DATES** |

This is an Administrative Procedure Act case challenging the Forest Service's approval of the Bagley Hazard Tree Abatement Project. On January 28, 2015 the Court approved the parties' proposed briefing schedule. (*See* ECF No. 28). The Defendants filed the Administrative Record on June 8, 2015. (*See* ECF No. 31).[1] On June 24, 2015, the Court further continued the matter to permit the parties the opportunity to pursue settlement. (*See* ECF No. 35).  On July 30, 2015, the parties met to explore settlement opportunities, and are continuing to consider a settlement approach.

The parties continue to work towards settlement, but require more time to determine whether a resolution is achievable in this matter.  But litigation deadlines are now approaching, and would distract the parties from their settlement efforts.  Therefore, the parties respectfully request that this Court continue all dates in this matter by approximately sixty (60) days so as to allow the parties the

---

[1] The administrative record lodged June 8 contained documents from the Forest Service only, and there are additional documents from the Fish and Wildlife Service. The United States is preparing the additional documents and expects to lodge the additional records as set forth below.

**STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES**                                                                                                1

opportunity to focus on resolution rather than litigating. Therefore, the parties stipulate to, and propose the following briefing schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Supplement to Administrative Record | n/a | November 16, 2015 |
| Objections to Administrative Record | September 28, 2015 | November 30, 2015 |
| Plaintiff's Motion for Summary Judgment | October 5, 2015 | December 7, 2015 |
| Defendants' Opposition and Cross-motion for Summary Judgment | November 4, 2015 | January 11, 2016 |
| Plaintiff's Combined Opposition and Reply | November 18, 2015 | January 25, 2016 |
| Defendants' Reply | December 2, 2015 | February 15, 2016 |

Respectfully submitted,

DATED: September 25, 2015

By   */s/ Sean Malone*  (authorized 09/25/2015)
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

**STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES**   2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER**

**IT IS SO ORDERED**.

Dated:  September 28, 2015

_____
Troy L. Nunley
United States District Judge