Rachel Fazio (CA Bar # 187580)
PO Box 697
Cedar Ridge, CA 95924
Tel:  (530) 273-9290
Fax:  (530) 273-9260
rachelmfazio@gmail.com

Sean Malone (OR Bar # 084060) *(Pro Hac Vice)*
259 E.5th Ave, Ste200-G
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Elisabeth Holmes (OR Bar # 120254) *(Pro Hac Vice)*
Blue River Law, P.C.
P.O. Box 293
Eugene, OR  97440
Tel. (541) 870-7722
eli.blueriverlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE,<br>    Defendants. | Case No.: 2:13-cv-01922-TLN-CMK<br><br>**JOINT STIPULATED MOTION & ORDER TO CONTINUE CASE DEADLINES BY 10 DAYS** |

JOINT STIPULATION & ORDER FOR 10 DAY CONTINUANCE - 1

In this matter, the Plaintiff challenges the Bagley Hazard Tree Abatement Project, located in the Shasta-Trinity National Forest.  The Plaintiff challenges the Defendants' August 29, 2013 decision, served its Complaint on September 26, 2013, and the United States filed a motion to dismiss on January 9, 2014.  ECF No. 1, 15.  On November 19, 2014 the Court denied the Defendants' motion to dismiss and set a briefing schedule.  ECF No. 25-27. Defendant U.S. Forest Service filed its Administrative Record (AR) on June 8, 2015.  ECF No. 31.  Defendant U.S. Fish & Wildlife Service filed its AR on November 16, 2105.  ECF No. 38.

The parties have met and conferred on the Plaintiffs' objections to the Defendants' Administrative Records, and the Parties respectfully request that this Court continue all dates in this matter by ten (10) days so as to allow the parties the opportunity to continue their attempts to resolve disputes regarding the Administrative Records and correct any deficiencies without the court's assistance.

The Parties agree that (1) if they are unable to resolve the Plaintiffs' Objections to Administrative Records the Plaintiff shall file its Objections on December 10, 2015, and (2) all remaining deadlines in this case (ECF No. 37) be continued by ten (10) days.

Respectfully submitted,

DATED:     November 30, 2015

*/s/ Rachel Fazio*
RACHEL FAZIO

*/s/ Sean T. Malone*
SEAN T. MALONE

*/s/ Elisabeth A. Holmes*
ELISABETH A. HOLMES

*Attorneys for Plaintiff*

JOINT STIPULATION & ORDER FOR 10 DAY CONTINUANCE - 2

DATED: November 30, 2015       BENJAMIN B. WAGNER
                               United States Attorney

                               By: */s/ Gregory T. Broderick*
                               GREGORY T. BRODERICK
                               Assistant United States Attorney

JOINT STIPULATION & ORDER FOR 10 DAY CONTINUANCE - 3

Rachel Fazio (CA Bar # 187580)
PO Box 697
Cedar Ridge, CA 95924
Tel:  (530) 273-9290
Fax:  (530) 273-9260
rachelmfazio@gmail.com

Sean Malone (OR Bar # 084060) *(Pro Hac Vice)*
259 E.5th Ave, Ste200-G
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Elisabeth Holmes (OR Bar # 120254) *(Pro Hac Vice)*
Blue River Law, P.C.
P.O. Box 293
Eugene, OR  97440
Tel. (541) 870-7722
eli.blueriverlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br>　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE,<br>　　Defendants. | Case No.: 13-cv-01922-TLN-CMK<br><br>**ORDER ON JOINT STIPULATIONED MOTION TO CONTINUE CASE DEADLINES BY 10 DAYS** |

The Parties' Joint Stipulated Motion to continue case deadlines by 10 days to pursue settlement opportunities is hereby ALLOWED.

Dated:  December 1, 2015

_____
Troy L. Nunley
United States District Judge