Rachel Fazio (CA Bar # 187580)
PO Box 697
Cedar Ridge, CA 95924
Tel: (530) 273-9290
Fax: (530) 273-9260
rachelmfazio@gmail.com

Sean Malone (OR Bar # 084060) *(Pro Hac Vice)*
259 E.5th Ave, Ste200-G
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Elisabeth Holmes (OR Bar # 120254) *(Pro Hac Vice)*
Blue River Law, P.C.
P.O. Box 293
Eugene, OR 97440
Tel. (541) 870-7722
eli.blueriverlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br>　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE,<br>　　Defendants. | Case No.: 13-cv-01922-TLN-CMK<br><br>**JOINT STIPULATED AND ORDER TO SUSPEND CASE DEADLINES** |

JOINT STIPULATION & ORDER TO SUSPEND CASE DEADLINES
1

In this matter, the Plaintiff challenges the Bagley Hazard Tree Abatement Project, located in the Shasta-Trinity National Forest. Defendant U.S. Forest Service filed its Administrative Record (AR) on June 8, 2015. ECF No. 31. Defendant U.S. Fish & Wildlife Service filed its AR on November 16, 2015. ECF No. 38.

The parties have met and conferred on Plaintiffs' objections to Defendants' Administrative Records. Plaintiff intends to file a Motion to Supplement the Record on December 21, 2015. Defendant intends to file a response to Plaintiff's motion on January 11, 2015. Plaintiff intends to file its reply on January 18, 2015. The parties agree that oral argument is unnecessary for Plaintiff's motion to supplement the record, and thus do not request argument. Because this matter must be settled prior to submitting the parties' Cross-Motions for Summary Judgment, the parties respectfully request that this court suspend the existing case deadlines. Upon resolution of Plaintiff's motion to supplement the record, the parties will confer and stipulate to further deadlines.

Respectfully submitted,

DATED:   December 17, 2015

*/s/ Rachel Fazio*
RACHEL FAZIO

*/s/ Sean T. Malone*
SEAN T. MALONE

*/s/ Elisabeth A. Holmes*
ELISABETH A. HOLMES

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | DATED: December 17, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | By: */s/ Gregory T. Broderick*<br>GREGORY T. BRODERICK |
| 4 | | Assistant United States Attorney |

## ORDER

The Parties' Joint Stipulated Motion to suspend existing case deadlines to allow for resolution of Plaintiff's Motion to Supplement the Record is hereby ALLOWED.

Dated: December 18, 2015

Troy L. Nunley
United States District Judge