IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE,<br>    Defendants. | Case No.: 13-cv-01922-TLN-CMK<br><br>**ORDER ON JOINT STIPULATED MOTION FOR EXPEDITED TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION BRIEFING SCHEDULE** |

The Parties' Joint Stipulated Motion for expedited briefing schedule on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, and waiving oral argument, is hereby ALLOWED.

Dated: October 12, 2016

Troy L. Nunley
United States District Judge

ORDER FOR TRO / PI BRIEFING SCHEDULE- 1