Rachel Fazio (CA Bar # 187580)
P.O. Box 697
Cedar Ridge, CA 95924
Tel:  (530) 273-9290
Fax:  (530) 273-9260
rachelmfazio@gmail.com

Sean Malone (OR Bar # 084060) *(Pro Hac Vice)*
259 E.5th Ave, Ste200-G
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Elisabeth Holmes (OR Bar # 120254) *(Pro Hac Vice)*
Blue River Law, P.C.
P.O. Box 293
Eugene, OR  97440
Tel. (541) 870-7722
eli.blueriverlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br>　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE,<br>　　Defendants. | Case No.: 13-cv-01922-TLN-CMK<br><br>**PROPOSED ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The Parties' Joint Stipulated Motion on Summary Judgment Briefing Schedule is hereby ALLOWED. The Parties' briefing schedule is as follows:

| | |
|---|---|
| November 21, 2016 | Plaintiff's opening brief |
| December 23, 2016 | Defendants' combined opening brief and response |
| January 6, 2017 | Plaintiff's combined response and reply |
| January 27, 2017 | Defendants' reply |

Each side shall limit its total briefing to fifty (50) pages.

IT IS SO ORDERED.

Dated: November 16, 2016

_____
Troy L. Nunley
United States District Judge

PROPOSED ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE - 2