1  Rachel Fazio (CA Bar # 187580)
   P.O. Box 697
2  Cedar Ridge, CA 95924
   Tel:  (530) 273-9290
3  Fax:  (530) 273-9260
4  rachelmfazio@gmail.com

5
   Sean Malone (OR Bar # 084060) *(Pro Hac Vice)*
6  259 E.5th Ave, Ste 200-G
7  Eugene, OR 97401
   Tel: (303) 859-0403
8  Fax: (650) 471-7366
9  seanmalone8@hotmail.com

10 Elisabeth Holmes (OR Bar # 120254) *(Pro Hac Vice)*
11 Blue River Law, P.C.
   P.O. Box 293
12 Eugene, OR  97440
13 Tel. (541) 870-7722
   eli.blueriverlaw@gmail.com
14
15 Attorneys for Plaintiff

16              IN THE UNITED STATES DISTRICT COURT

17          FOR THE EASTERN DISTRICT OF CALIFORNIA
18
19 CONSERVATION CONGRESS, a          )
20 non-profit organization,          ) Case No.: 13-cv-01922-TLN-CMK
        Plaintiff,                    )
21                                    ) **ORDER ON JOINT STIPULATED**
        vs.                           ) **MOTION TO AMEND SUMMARY**
22                                    ) **JUDGMENT BRIEFING**
23 UNITED STATES FOREST              ) **SCHEDULE**
   SERVICE, UNITED STATES            )
24 FISH AND WILDLIFE SERVICE,        )
25      Defendants.                   )

ORDER ON JOINT STIPULATED MOTION TO AMEND
SUMMARY JUDGMENT BRIEFING SCHEDULE - 1

The Parties' Joint Stipulated Motion on Summary Judgment Briefing Schedule is hereby ALLOWED.  The Parties' briefing schedule is as follows:

| November 30, 2016 | Plaintiff's amended opening brief and Statement of Undisputed Facts |
|---|---|
| January 6, 2017 | Defendants' combined opening and response brief; response to Plaintiff's Statement of Undisputed Facts; and Statement of Disputed Facts |
| January 20, 2017 | Plaintiff's combined response and reply brief; response to Defendants' Statement of Undisputed Facts; and Statement of Disputed Facts |
| February 3, 2017 | Defendants' reply brief |

Each side shall limit its total briefing to fifty (50) pages.

IT IS SO ORDERED.

Dated: December 5, 2016

_____
Troy L. Nunley
United States District Judge

ORDER ON JOINT STIPULATED MOTION TO AMEND
SUMMARY JUDGMENT BRIEFING SCHEDULE - 2